ment; (7) precipe for capias and subpoenas; (8) capias and return; (9–10) subpoenas; (11–12) affidavits for continuance; (13–17) subpoenas. *File No. 89.*

 UNITED STATES *versus* ALANSON BEALS, PHINEAS SILSBY, AND AZOR (EZRA) FORSYTH. 

JOURNAL ENTRIES: (1) June 28, 1833: rule to plead; (2) Jan. 8, 1834: motion to set aside Azor Forsyth's plea in abatement granted, leave given to plead general issue, jury trial, verdict of not guilty on first count and of guilty on the second and third counts, attendance of witnesses proved; (3) Jan. 9, 1834: motion for new trial filed; (4) Jan. 18, 1834: motion for new trial overruled, judgment.
PAPERS IN FILE (1833–34): (1) Precipe for summons; (2) summons and return; (3) declaration; (4) plea of not guilty; (5) subpoena; (6) plea of Forsyth that his name is Azor and not Ezra; (7) motion and reasons for new trial; (8) writ of fi. fa. and return.
*File No. 86.*

 UNITED STATES *versus* HORACE R. JEROME. 

JOURNAL ENTRIES: (1) June 28, 1833: rule to plead; (2) Jan. 8, 1834: *motion for continuance* granted; (3) June 6, 1834: attendance of witness proved; (4) Jan. 23, 1835: plea withdrawn, judgment by consent for six cents damages and costs.
PAPERS IN FILE (1833–34): (1) Precipe for summons; (2) summons and return; (3) declaration; (4) plea of not guilty; (5–6) subpoenas; (7) motion for continuance; (8) affidavit for continuance; (9) subpoena; (10) stipulation for judgment.
*File No. 84.*

 UNITED STATES *versus* RALPH UPDIKE. 

JOURNAL ENTRIES: (1) June 28, 1833: rule to plead; (2) Jan. 8, 1834: motion for default judgment; (3) Jan. 9, 1834: jury trial; (4) Jan. 9 [10], 1834: verdict of guilty—damages six cents, motion for new trial, attendance of witnesses proved; (5) Jan. 13, 1834: leave given to file motion and reasons for new trial; (6) Jan. 18, 1834: motion for new trial overruled, judgment.

PAPERS IN FILE (1833–34): (1) Precipe for summons; (2) summons and return; (3) declaration; (4) subpoena; (5) plea of not guilty; (6) verdict; (7) motion and reasons for new trial; (8) writ of fi. fa.
*File No. 85.*

 UNITED STATES *versus* WILLIAM H. HOEG, THOMAS SISSON, AND CHRISTOPHER DARBYSHERE. 

JOURNAL ENTRIES: [None]
PAPERS IN FILE (1833): (1) Precipe for summons; (2) summons and return.
*File No. 93.*

 UNITED STATES *versus* WILLIAM H. HOEG, THOMAS SISSON, AND CHRISTOPHER DARBYSHERE. 

JOURNAL ENTRIES: [None]
PAPERS IN FILE (1833): (1) Precipe for summons; (2) summons and return.
*File No. 94.*

 UNITED STATES *versus* WILLIAM H. HOEG, THOMAS SISSON, AND CHRISTOPHER DARBYSHERE. 

JOURNAL ENTRIES: [None]
PAPERS IN FILE (1833): (1) Precipe for summons; (2) summons and return.
*File No. 95.*

 IN THE MATTER OF BENIAH JONES. 

JOURNAL ENTRIES: (1) Jan. 8, 1834: writs of capias and habeas corpus ordered issued; (2) Jan. 13, 1834: defendant discharged from custody of sheriff and placed in custody of United States marshal, defendant arraigned, plea of not